| | AUSA: | Katharine Hemann | Telephone: (989) 895-5712 |
| | Special Agent: | Kate Garcia, FDIC OIG | Telephone: (312) 382-6856 |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America

v.

Jordan Hill,

**FILED**

APR 30 2025

CLERK'S OFFICE
DETROIT

## Case: 1:25-cr-20112

_____

### ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jordan Hill_____,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count One:   18 U.S.C. § 1343       Wire Fraud
Count Two:   18 U.S.C. § 1343       Wire Fraud
Count Three: 18 U.S.C. § 1343       Wire Fraud
Count Four:  18 U.S.C. § 1343       Wire Fraud
Count Five:  18 U.S.C. § 1028(a)(1)  Aggravated Identity Theft

Date:  FEB 26 2025 _____

City and state:  Bay City, MI _____

_Issuing officer's signature_
**KRISTEN CASTANEDA**
~~DEPUTY CLERK~~
_Printed name and title_

| **Return** |
| This warrant was received on *(date)* 2/26/25_____, and the person was arrested on *(date)* 4/30/25_____ at *(city and state)* Pequot Lakes, MN_____. |
| Date: 4/30/25 _____      _____ _Arresting officer's signature_  Special Agent Kate Garcia  _Printed name and title_ |

*Distribution:  Original Court – 1 copy U.S. Marshal – 2 copies USA*

| Save | Print |