

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

                  Plaintiff,

v.

JORDAN HILL,

                  Defendant.

Case no. 25-cr-20112



---

### SUPERSEDING INDICTMENT

---

## THE GRAND JURY CHARGES:

### COUNT ONE
### Wire Fraud
### (18 U.S.C. § 1343)

On or about May 11, 2020, in the Eastern District of Michigan, JORDAN HILL devised a scheme to defraud a bank (V-1) and to obtain money by means of materially false and fraudulent pretenses and representations. As part of the scheme, JORDAN HILL prepared and submitted an application for a loan under the Paycheck Protection Program (PPP) on behalf of the Education Freedom Group Incorporated. On the borrower application form, JORDAN HILL falsely stated he was the sole owner of the non-profit organization and that he paid ten employees an average

1

monthly payroll of $34,528, which JORDAN HILL knew was false. In support of the application JORDAN HILL attached a fraudulent bank statement, which he knew was false. On May 11, 2020, JORDAN HILL, for the purpose of executing the scheme to defraud, caused to be transmitted, by means of a wire communication in interstate commerce, a writing and signal, specifically the Education Freedom Group Incorporated PPP borrower application form and supporting loan documents, all in violation of Title 18, United States Code, Section 1343.

## COUNT TWO
### Attempted Wire Fraud
### (18 U.S.C. §§ 1343 and 1349)

On or about May 16, 2020, in the Eastern District of Michigan, JORDAN HILL devised a scheme to defraud a bank (V-2) and attempted to obtain money by means of materially false and fraudulent pretenses and representations. As part of the scheme, JORDAN HILL prepared and submitted an application for a loan under the Paycheck Protection Program (PPP) on behalf of himself as an independent contractor. On the borrower application form, JORDAN HILL falsely stated that he was the only employee and that he had earned $48,000 in gross receipts as a rideshare driver, all of which JORDAN HILL knew was false. In support of the application JORDAN HILL attached fraudulent tax forms, which he knew were false. On May 16, 2020, JORDAN HILL, for the purpose of executing the scheme

2

to defraud, and attempting to do so, caused to be transmitted, by means of a wire communication in interstate commerce, a writing and signal, specifically the independent contractor PPP borrower application form and supporting loan documents, all in violation of Title 18, United States Code, Sections 1343 and 1349.

## COUNT THREE
### Wire Fraud
### (18 U.S.C. § 1343)

On or about May 30, 2020, in the Eastern District of Michigan, JORDAN HILL devised a scheme to defraud a bank (V-3) and to obtain money by means of materially false and fraudulent pretenses and representations. As part of the scheme, JORDAN HILL prepared and submitted an application for a loan under the Paycheck Protection Program (PPP) on behalf of the Education Freedom Group Incorporated. On the borrower application form, JORDAN HILL falsely stated he was the sole owner of the non-profit organization and that he paid twelve employees an average monthly payroll of $34,528, which JORDAN HILL knew was false. In support of the application JORDAN HILL attached fraudulent tax forms, which he knew were false. On May 30, 2020, JORDAN HILL, for the purpose of executing the scheme to defraud, caused to be transmitted, by means of a wire communication in interstate commerce, a writing and signal, specifically the Education Freedom Group

3

Incorporated PPP borrower application form and supporting loan documents, all in violation of Title 18, United States Code, Section 1343.

## COUNT FOUR
### Wire Fraud
### (18 U.S.C. § 1343)

On or about June 1, 2020, in the Eastern District of Michigan, JORDAN HILL devised a scheme to defraud a bank (V-4) and to obtain money by means of materially false and fraudulent pretenses and representations. As part of the scheme, JORDAN HILL prepared and submitted an application for a loan under the Paycheck Protection Program (PPP) on behalf of himself as an independent contractor. On the borrower application form, JORDAN HILL falsely stated that his monthly payroll was $4,000, that he was the only employee, and that he had earned $48,000 in gross receipts as a rideshare driver, all of which JORDAN HILL knew was false. In support of the application JORDAN HILL attached fraudulent tax forms, which he knew were false. On June 1, 2020, JORDAN HILL, for the purpose of executing the scheme to defraud, caused to be transmitted, by means of a wire communication in interstate commerce, a writing and signal, specifically the independent contractor PPP borrower application form and supporting loan documents, all in violation of Title 18, United States Code, Section 1343.

4

## COUNT FIVE
### Wire Fraud
### (18 U.S.C. § 1343)

On or about June 11, 2020, in the Eastern District of Michigan, JORDAN HILL devised a scheme to defraud a bank (V-5) and to obtain money by means of materially false and fraudulent pretenses and representations. As part of the scheme, JORDAN HILL prepared and submitted an application for a loan under the Paycheck Protection Program (PPP) on behalf of We Show Up Detailing. On the borrower application form, JORDAN HILL provided another individual's name and social security number as the sole owner of We Show Up Detailing. The application also stated We Show Up Detailing had a monthly payroll of $210,000 for 35 employees, all of which JORDAN HILL knew was false. In support of the application, JORDAN HILL attached fraudulent tax forms and a fraudulent driver's license, both of which he knew were false. On June 11, 2020, JORDAN HILL, for the purpose of executing the scheme to defraud, caused to be transmitted, by means of a wire communication in interstate commerce, a writing and signal, specifically the We Show Up Detailing PPP borrower application form and supporting loan documents, all in violation of Title 18, United States Code, Section 1343.

5

## COUNT SIX
**Aggravated Identity Theft**
**(18 U.S.C. § 1028A(a)(1))**

Sometime in or around June of 2020, in the Eastern District of Michigan, and elsewhere, JORDAN HILL knowingly possessed and used, without lawful authority, a means of identification of another person (V-6), during and in relation to the felony violation of wire fraud, in violation of 18 U.S.C. § 1343, as set forth in Count Five of this indictment, which is incorporated by reference, knowing that the means of identification belonged to another actual person.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## CRIMINAL FORFEITURE ALLEGATIONS
### (18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982, 28 U.S.C. § 2461(c))

The allegations contained in Counts One through Five of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) together with 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(a)(2).

Upon being convicted of any of the crimes charged in Counts One through Five of this Indictment, the convicted shall forfeit to the United States any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(c) together with Title 28 United States Code, Section 2461(c) and/or Title 18, United States code, Section 982(a)(2).

Money Judgment: Property subject to forfeiture includes, but is not limited to forfeiture money judgment, in an amount to be provided in this matter, representing the total amount of gross proceeds obtained as a result of defendant's violations as set forth in this Indictment.

Substitute Assets: If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

7

b. has been transferred, sold to or deposited with a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeit any other property of the convicted defendant up to the value of such property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b) and/or Title 28, United States code, Section 2461(c).

**THIS IS A TRUE BILL.**

Dated: May 7, 2025

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

s/Anthony P. Vance
ANTHONY P. VANCE
Assistant United States Attorney
Chief – Branch Offices

s/Katharine Hemann
KATHARINE HEMANN
Assistant United States Attorney
101 First Street, Ste. 200
Bay City, Michigan 48708
Phone: (989)891-0363
Katharine.Hemann@usdoj.gov

8

**Companion Case information MUST be completed by AUSA and initialed.**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number**<br>25- 20112 |
| --- | --- | --- |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
| --- | --- |
| This may be a companion case based upon **LCrR 57.10 (b)(4)[1]**: | **Judge Assigned:** |
| ☐ **Yes**          X **No** | **AUSA's Initials: KH** |

**Case Title:** USA v.   Jordan Hill

**County where offense occurred:**  Clare County

**Check One:**   X **Felony**      ☐ **Misdemeanor**     ☐ **Petty**

_____ Indictment/ _____Information --- no prior complaint.
_____ Indictment/ _____Information --- based upon prior complaint [Case number:]
  x   Indictment/ _____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** ___ 25-cr-20112 _____   **Judge: Ludington** _____

☐  Corrects errors; no additional charges or defendants.
☐  Involves, for plea purposes, different charges or adds counts.
X  Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
| --- | --- | --- |
| | Adds Count 2 18 USC §§ 1343 and 1349,<br>Attempted Wire Fraud | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: May 7, 2025

s/Katharine Hemann
Katharine Hemann
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Fax: 989-895-5790
E-Mail address: Katharine.Hemann@usdoj.gov
Attorney Bar #:   WSBA# 46237

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.