UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,                                  Case Number 25-20112

v.                                           Honorable David M. Lawson

JORDAN HILL,

          Defendant.

_____/

### **PRELIMINARY ORDER OF FORFEITURE**

The defendant was convicted upon his guilty plea to count four wire fraud in violation of 18 U.S.C. § 1343.  In his plea agreement, the defendant agreed to forfeit all property constituting, or derived from, proceeds he obtained, directly or indirectly, as a result of his violation of 18 U.S.C. § 1343 and agreed to a forfeiture money judgment in the amount of $579,816.91 of United States currency.  ECF No. 27 at PageID.110.  The government has applied for a preliminary order of forfeiture under Federal Rule of Criminal Procedure 32.2, 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461.

Accordingly, it is **ORDERED** that the government's application for entry of a preliminary order of forfeiture (ECF No. 27) is **GRANTED**.

It is further **ORDERED** as follows:

1. A forfeiture money judgment will be entered against the defendant and in favor of the United States in the amount of $579,816.91 in United States currency, representing the gross proceeds that the defendant obtained as a result of his conspiracy to commit wire fraud, as charged in Count IV of the superseding indictment.  The forfeiture money judgment may be satisfied, to whatever extent possible, from any property owned or under the control of the defendant, except exempt property.  To satisfy the money judgment, any assets that the defendant has now, or may

later acquire, except exempt property, may be forfeited as substitute assets under 21 U.S.C. § 853(p)(2), up to the value of the forfeitable property.

2.　　Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this order shall become final as to the defendant upon entry and the forfeiture shall be made part of the defendant's sentence and included in his judgment.  This order shall remain preliminary as to third parties until all ancillary proceedings, if any, are concluded under Rule 32.2(c).

3.　　The forfeiture provisions of this order are intended to, and will, survive the defendant, notwithstanding the abatement of any underlying criminal conviction after the entry of this order.  The forfeitability of any particular property pursuant to this order shall be determined as if the defendant had survived, and that determination shall be binding upon the defendant's heirs, successors, and assigns until the agreed forfeiture, including the money judgment amount, is collected in full.

4.　　The United States may conduct discovery upon leave of Court in accordance with the Federal Rules of Civil Procedure in order to collect on and enforce the money judgment.

5.　　The Court retains jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:　April 13, 2026