UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,                    Case Number 25-20112

v.                                         Honorable David M. Lawson

JORDAN HILL,

                    Defendant.

_____/

## **AMENDED PRELIMINARY ORDER OF FORFEITURE**

The government has asked the Court to amend an earlier preliminary order of forfeiture to correct the government's clerical error in calculating the money judgment in the original order by changing the requested money judgment amount from $579,816.91 to $585,816.91.  ECF No. 30, PageID.149.  The defendant does not object to the government's amended amount.  *See* ECF No. 30, PageID.150.

Accordingly, it is **ORDERED** that a forfeiture money judgment will be entered against the defendant and in favor of the United States in the amount of $585,816.91 in United States currency, representing the gross proceeds that the defendant obtained as a result of his conspiracy to commit wire fraud, as charged in Count IV of the superseding indictment.  The forfeiture money judgment may be satisfied, to whatever extent possible, from any property owned or under the control of the defendant, except exempt property.  To satisfy the money judgment, any assets that the defendant has now, or may later acquire, except exempt property, may be forfeited as substitute assets under 21 U.S.C. § 853(p)(2), up to the value of the forfeitable property.

It is further **ORDERED** that the earlier preliminary order of forfeiture not amended by this present order shall remain in full force.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   May 29, 2026